UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| HAROLD EDWARDS, | Case No. 2:18-cv-00346-JAD-PAL |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Respondents. | |

Petitioner Harold Edwards brings this *pro se* 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his 2016 state-court conviction and sentence. The court ordered respondents to answer or move to dismiss Edwards's petition by July 12, 2018.[1] Respondents moved to extend that deadline to September 25, 2018.[2] Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file a response to the petition **[ECF No. 6] is GRANTED. Respondents' deadline to answer or move to dismiss Edwards's petition is extended to September 25, 2018.**

DATED: August 7, 2018, *nunc pro tunc to July 12, 2018*.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 2.

[2] ECF No. 6.