# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HAROLD EDWARDS,

    Petitioner

v.

STATE OF NEVADA, et al.,

    Respondents

Case No.: 2:18-cv-00346-JAD-BNW

**Order Granting Request to Extend Time and Denying Second IFP Application as Moot**

[ECF Nos. 22, 24]

Pro se petitioner Harold Edwards brings this 28 U.S.C. § 2254 petition for a writ of habeas corpus to challenge his Nevada state-court conviction. This case was recently reopened after the court granted Edwards a stay so he could return to state court and exhaust his claims.[1] In the order reopening the case, the court gave respondents until June 3, 2019, to answer or otherwise respond to Edwards's petition.[2] Respondents move to extend that deadline to July 18, 2019.[3] Edwards opposes that request, citing his "oppressive" incarceration and anxiety over the disposition of his petition.[4] The court is not unsympathetic to Edwards' position but notes that it was Edwards who sought the stay. Respondents also explain that they are still in the process of obtaining the state-court records from Edwards's most recent appellate litigation. So, it appears that their request for the extension is not brought in bad faith or for purposes of delay, and the court grants it.

---

[1] ECF No. 17.
[2] ECF No. 19.
[3] ECF No. 22.
[4] ECF No. 23.

Edwards has also filed a second application to proceed in forma pauperis.[5] However, his earlier application was already granted, and he need not ask again for this status. I thus deny this new application as moot.

**IT IS THEREFORE ORDERED** that respondents' motion for extension of time to file a response to the petition **[ECF No. 22] is GRANTED;** Respondents have until July 18, 2019, to file and serve their response to the petition.

**IT IS FURTHER ORDERED** that petitioner's second application to proceed in forma pauperis **[ECF No. 24] is DENIED** as moot.

Dated: June 18, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[5] ECF No. 24.