# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD EDWARDS, | Case No.: 2:18-cv-00346-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Motions for Status and Docket Sheet** |
| STATE OF NEVADA, et al., | ECF Nos. 50, 56 |
| Respondents | |

Pro se habeas petitioner Harold Edwards moves for a status check and a copy of the docket sheet for his case.[1] I grant both motions. The status of his matter is this: his petition is briefed, and the court will issue a decision on the merits in due course. Petitioner is advised that filing numerous motions will only delay the adjudication of his case.

**IT IS THEREFORE ORDERED** that petitioner's motion for status check **[ECF No. 50] is GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's motion for copy of the docket sheet **[ECF No. 56] is GRANTED**. The Clerk **is directed to send** a copy of the docket sheet to petitioner.

Dated: June 11, 2021

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 50, 56.