NEUNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD EDWARDS, <br><br> Petitioner <br><br> v. <br><br> STATE OF NEVADA, et al., <br><br> Respondents | Case No.: 2:18-cv-00346-JAD-PAL <br><br> **Order Granting Motion for Copies** <br><br> [ECF No. 63] |

In September 2021, I denied Harold Edwards's pro se 28 U.S.C. § 2254 habeas corpus petition on the merits, and judgment was entered.[1]  Edwards now seeks copies of several orders.[2]  He explains that, due to certain prison rules, the Nevada Department of Corrections personnel took his copies of these documents.  Good cause appearing,

IT IS THEREFORE ORDERED that petitioner's motion for copies **[ECF No. 63] is GRANTED**.  The Clerk of Court is directed to **provide petitioner an electronic copy** of the following orders by regenerating the Notice of Electronic Filing to petitioner only:

- Order granting respondents' motion to dismiss and to file the PSR under seal, denying petitioner's motion for summary judgment, and setting merits briefing schedule [ECF No. 46]

- Order denying habeas petition [ECF No. 58].

_____
U.S. District Judge Jennifer A. Dorsey
April 1, 2022

---

[1] ECF Nos. 58, 59.

[2] ECF No. 63.